FRANCIS H. STODDARD, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Submitted December 6, 1883 ; decided December 14, 1883.)

*Edward S. Rapallo* for appellant.

*Lucien Birdseye* for respondent.

Agree to modify judgment by striking therefrom the sum of $130.58 for excess of interest allowed, and as modified, affirmed on opinion in *Sanders* v. *L. S. & M. S. R. Co.* (*ante*, p. 641).

---

HENRY B. KRETZLER, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

THOMAS O'CONNER, Appellant, *v.* THE SAME, Respondent.

MICHAEL E. RILEY, Appellant, *v.* THE SAME, Respondent.

THESE cases presented the same question, and were decided upon the authority of *Kehn* v. *People State of New York* (93 N. Y. 291).